IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADRIAN ADAM TARKINGTON, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-24-1347-SLP |
| RICHARD WILLIAMS, | ) |
| Respondent. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered on December 30, 2024 [Doc. No. 6]. Judge Erwin recommends denial of the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] and dismissal of this action unless Petitioner pays the $5.00 filing fee. A review of the Court's docket reveals Petitioner paid the $5.00 filing fee on January 14, 2025. *See* [Doc. No. 7]. Therefore, the Court adopts the Report and Recommendation and re-refers the matter to the Judge Erwin for further proceedings.

IT IS SO ORDERED this 15th day of January, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE